**MISSION STATEMENT**

Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens, while respecting the rights of crime victims.

# PENNSYLVANIA
# DEPARTMENT OF CORRECTIONS

# Classification and Diagnostic
# Reception
# Orientation Booklet

# RULES AND REGULATIONS
## CENTRAL DIAGNOSTIC AND CLASSIFICATION CENTER AT CAMP HILL

**MAILING ADDRESS:** This information is to be **CENTERED** in the middle of the envelope:
INMATE NAME, INMATE NUMBER
POST OFFICE BOX 200
CAMP HILL, PENNSYLVANIA 17001-0200

**INMATE MAIL:** DO NOT SEND PACKAGES TO INMATE. If you do, it will be mailed back at the inmate's expense.
DO NOT SEND STAMPS TO INMATE. He can send out ten (10) free letters each month.

**MONEY:** NO PERSONAL CHECKS WILL BE ACCEPTED. Inmates are not allowed money. You may send a CERTIFIED CHECK or MONEY ORDER made out to the inmate with his institutional number on the check. Your name and address _must_ be included on Money Orders.

### DIRECTIONS TO SCI-CAMP HILL

**FROM HARRISBURG:** Take Interstate 83 South (Exit 40B) approximately 3 miles to the New Cumberland Exit. Proceed through the traffic light on Cedar Cliff Drive, for approximately 1 mile, to the stop sign.
Turn left on Creek Road and travel approximately ½ mile to Lisburn Road.
Turn left onto Lisburn Road and follow about ½ mile to the institutional sign.
Turn right (still on Lisburn Road) and proceed 1 mile to the institution which is on the right side of the road.

**FROM PENNSYLVANIA TURNPIKE:** Take Pennsylvania Turnpike to Exit 236 (Gettysburg/Harrisburg).
Follow Rout 15 North to State Hill Road Exit (approximately 2 miles).
Turn left at stop sign, go to light ½ block).
Turn right at light onto State Hill Road.
Proceed on State Hill Road to Lisburn Road at top of hill (approximately ¾ mile).
Turn left onto Lisburn Road.
Proceed 1 mile to the institution which is on the left side of the road.

# RULES AND REGULATIONS
## CENTRAL DIAGNOSTIC AND CLASSIFICATION CENTER AT CAMP HILL

**TO: Parents/Guardians/Friends**

Your loved one has recently been incarcerated at the Central Diagnostic and Classification Center at Camp Hill. Due to the large number of inmates housed here, and the volumes of paperwork, we are providing you with our Visiting Rules and Regulations. With this information, we hope to answer your questions and avoid unnecessary phone calls and inconveniences.

***DO NOT VISIT BEFORE 10 DAYS, OR YOU WILL BE TURNED AWAY***
_VISITING BEGINS 10 DAYS AFTER RECEPTION._

**IF YOUR NAME IS NOT ON INMATE'S VISITING LIST, YOU WILL NOT BE PERMITTED TO VISIT.** Inmates are responsible for providing names and addresses of persons on their visiting list. If we are not responsible for doing this for him. If you believe he does not have the correct spelling of your name, or your correct address, you may provide this information to him by writing him.

**Visitors must provide photo identification, or two (2) forms of non-photo identification.**

**The weekly visiting cycle begins each Sunday and ends on Saturday.**

**VISITING:** Monday and Tuesday visiting hours are discontinued. Visiting hours begin each day at 8:45 a.m. and last until 4 p.m. except on Thursdays, when visiting hours begin at 1 p.m. and end at 8:30 pm.
Visitors must arrive at the institution by 3 p.m. (7:30 p.m. on Thursdays) to be granted admittance.

1

---

**BULLETIN**
Commonwealth of Pennsylvania Department of Corrections

| Policy Subject: Collection of Inmate Debts | |
|---|---|
| Policy Number: DC-ADM 005-1 | |
| Policy Issue Date: April 7, 2004 | Effective Date: November 30, 2004 |

| Date of Issue: November 23, 2004 | Authority: Jeffrey A. Beard, Ph.D. |
|---|---|

**TO:** Executive Staff
Facility Managers
CCC Regional Directors

The purpose of this bulletin is to clarify the method used to determine the amount owed to the Crime Victims Compensation Fund and the Victim/Witness Services Fund.

**Section VI. E. 5., shall now read:**

5. For newly committed inmates:

b. If the county does not indicate the amount owed on the **DC-300B and it is not included in the Sentencing Order,** staff at the receiving facility shall contact **the county of commitment to obtain the amount the inmate is required to pay.**

**Section VI. E. 6. b. and VI. E. b. (1) shall now read:**

6. For an inmate incarcerated prior to the implementation date of this policy:

b. If the amount due for the CVCF and the Victim/Witness Services Fund is not indicated on the **DC-300B and it is not included in the Sentencing Order or accompanying documents, staff shall contact the county of commitment to obtain the amount the inmate is required to pay. If the county is unable to provide this information:**

(1) It will be determined in accordance with **Sections VI.E.4. And VI.E.7.** Of this policy, at the inmate's initial reception, annual classification review or parole review, whichever comes first. **It staff cannot verify the date the crime was committed by reviewing the inmate's record,** by requesting this information from the county of conviction, or by consultation with facility parole staff (who often have access to the Facts of the Crime, Affidavit of Probable Cause, and/or Arrest Warrant), the sentencing date shall be used to determine the amount to be entered into the "VCF" system.

**Section VI.E.10. Shall now read:**

10. Status of the inmate's CVCF and Victim/Witness Services Fund payments must be communicated to the PBPP on the DC-13A, Reclassification Summary. If the PBPP determines that a different amount is owed, then that is the amount that will be collected.

6

HANDBOOK: We are giving you a handbook. You will be in medical quarantine for a week. You have nothing but time to read and learn the rules listed in the handbook. In about a week when you move to your next block, you will be expected to know and follow these rules. Your ignorance is no excuse to break the rules and regulations of the institution. Also you have a week to get all your information for your visiting and phone list.

## STATE CORRECTIONAL INSTITUTION CAMP HILL
### ADMINISTRATIVE STAFF
D.L. KELCHNER, SUPERINTENDENT
J. DITTY, DEPUTY SUPERINTENDENT FOR DIAGNOSTIC SERVICES
D.E. PATTON, DEPUTY SUPERINTENDENT FOR CENTRALIZED SERVICES
E. BRANNIGAN, DEPUTY SUPERINTENDENT FOR FACILITIES MANAGEMENT
R. GIMBLE, BUSINESS MANAGER
I. TAGGART, SUPERINTENDENT'S ASSISTANT

## Department of Veterans Affairs Benefits for Incarcerated Veterans

### Can a veteran receive VA benefits while in prison?

VA can pay certain benefits to veterans who are incarcerated in a Federal, state or local penal institution. However, the amount we can pay depends on the type of benefit and reason for incarceration. This fact sheet provides information about the benefits most commonly affected by imprisonment.

### How will my imprisonment affect the payment of:

### VA Disability Compensation?

Your monthly payment will be reduced beginning with the 61st day of your imprisonment for a felony. If your payment before you went to prison was $188 or more, your new payment amount will be $98. If you were getting $98 before you were imprisoned, your new payment will be $49.00. (Note: If you are released from incarceration – participated in a work release or half-way house program, paroled and completed sentence, your compensation payments will not be reduced.)

### VA Disability Pension?

If you are imprisoned in a Federal, State or local penal institution as the result of conviction of a felony or misdemeanor, such pension payment will be discontinued effective on the 61st day of imprisonment following conviction.

### Am I eligible for VA medical care while imprisoned?

While incarcerated veterans do not forfeit their eligibility for medical care, current regulations restrict VA from providing hospital and outpatient care to an incarcerated veteran who is an inmate in an institution of another government agency has a duty to give the care of services.

However, VA may provide care once the veteran has been unconditionally released from the penal institution. Veterans interested in applying for enrollment into the VA health care system should contact the nearest VA health care facility upon release.

### Will my benefits be automatically resumed when I get out of prison?

Your award or compensation or pension benefits shall be resumed the data of release from incarceration if the Department of Veterans Affairs receives notice of release within 1 year from following release. Depending on the type of disability, VA may schedule you for a medical examination to see if your disability has improved. You will need to visit or call your local VA regional office for assistance.

### For More Information write a request slip to your institutional VA Coordinator

---

Each inmate is allowed one (1) visit each week. Up to five (5) people, including children, may visit at a time. One (1) additional visit will be permitted each month for a total of five (5) visits a month, but only two (2) of the five (5) visits may occur on weekends or holidays.

**Wednesday through Friday: Maximum of 5 hour stay, Saturday, Sunday and Holiday: Maximum 2 hour stay. Thursday Afternoon/Evening ONLY: 1:00 p.m. to 8:30 p.m. (you must be admitted by 7:30 p.m.).**

There is a NO SMOKING POLICY for both inmates and visitors while visiting.

Visitors may bring a MAXIMUM of $30.00 per family or group for use in vending machines while visiting. No bills larger than $5.00 may be brought into the institution by visitors.

Money MUST NEVER be given to inmates.

Money for inmates WILL NOT be accepted by the Guest House or the Business Office.

PHONE CALLS:   ALL PHONE CALLS ARE COLLECT.

Inmate is permitted one (1) phone call within 48 hours of reception. After his first phone call, he will be able to call about once every ten (10) days. If he has not called you, he may have chosen to call someone else. If you have a 'Block' on your phone for long distance calls, you will have to keep in touch through letters.

## RECEPTION BLOCK ORIENTATION

This is your Block Orientation. You are in this Reception until you are medically cleared which will usually takes 7 days. While you are at Camp Hill, you will be expected to learn and abide by the rules and regulations of the Institution and Commonwealth.

COUNT: The first item is the count procedures. At approximately 5:00 am, 12:30 p.m, 5:30 pm and 9:00 pm you will be required to stand for count. You must be on your cell, cell light turned on, radio or television will be turned off and there will be no talking during count. If there are two of you in the cell there will be one head in each door window. You will remain on your gate until you are told to clear it. There are no excuses accepted for you not standing for count. Failure to stand count could result in a misconduct report.

This is the only time or reason for you to be on your gate.

PROPER DRESS: We start the day at 6:00 am. You are expected to be ready to come out of your cell ready to go and properly dressed. Properly dressed means your will have your shirt buttoned, except for the top one, it will be tucked in and your pants pulled up and fastened, and you will have your belt on and fastened.

DOOR HANDLE: You will be called out of your cell every day for various lines. When you hear your name on the PA and your door opens, you are expected to come out of your cell properly dressed. Close your door behind you and report to the POD you were called to. When you return from your line, go directly to your cell, put your hand on the brass door handle and wait for the door to open. When the door opens, go in your cell and close your door. You are not permitted to talk across the tier for any reason.

SHOWERS: We run showers on the block every morning; we make an announcement and give you 5 minutes to get ready. You will be on your door with your cell light turned on, towel wrapped around you, something on your feet, ready to go when the officer gets to your door. We give you 5 minutes to get ready, if you are not ready, you will have a shower.

YARD: If you are out for any medical line, that is priority; you can't go to yard. We make an announcement and give you 5 minutes to get ready. You must be properly dressed, ready to go when your door is opened. If you don't get up and get ready, you are out.

CHURCH: You have the opportunity to attend one church service a week. We run Juma on Friday; Catholic service on Saturday and Protestant service on Sunday. An announcement will be made that church list is coming around. When the officers open the hatches for breakfast, they also take the list. If you want to sign up, be on your door with your light on, let the officer know.

MAIL: Your address is:

**Your Commitment Name and Inmate Number**
**PO Box 200**
**Camp Hill, PA 17001**

All this information is in the papers we are giving you, and also is on the wall by the phone. When you came into the jail you were given envelopes, the postage is paid on ten letters a month for you, and you may buy more postage paid envelopes. You must put your return address on any mail you send. If you don't, it won't go out.

MONEY: You can receive money by a certified check and money order in your mail. It can be wired through Western Union. No personal checks or cash will be accepted. It usually takes a week for your inmate account to be set up and your money received. You will receive a monthly statement the first of each month. This will show all money received and spent for the month. You can get the information and forms you need to buy a Radio or TV at your next block.

When you came into the jail, if you did not see the sheriff hand the reception person a check for your account, the money is still at the county. It is your responsibility to get your money, you have two options. You will have your family pick it up and send it to you, or you can write your county jail and request they send it. The county will need to know your present mailing address and your county name and number and the date you left the jail.

MEDICAL/SICKLINE: You have the right to receive medical attention and to see a doctor. There is a medical/dental sick line box on every block; the forms are on top of the box. It is your option to sign up for sick line by filling in the form and placing it in the box. You will be seen the next sick line day. Sick line is run Monday through Friday, no weekends or holidays. If there is "Emergency Need" for medical care, notify an officer.

FOOD: You have the option to request an alternate protein meal. This is an alternative meal that consists of soybean, tofu, and beans as a high protein/vegetarian meal. If you prefer to not receive pork on your tray, you must request from an officer a N/P tag and place it under your door tag. There will be no food in the cell after mealtime; all trash goes out of cell after meals.

ID CARDS: You are given an ID card when you arrived, or you were ordered to get a haircut. We will make you a card after your haircut and before you leave the block. Don't lose your ID card or you will not be going to activities or to the store until a replacement is made. To replace a lost card, the cost is $5.00 and will come out of your account.

SMOKING: You are not permitted to smoke while in blues at this jail. If you get caught with tobacco, expect to receive discipline that increases with each occasion.

Vents: Don't cover your vent. If it is covered now uncover it.

Lights: Don't cover your light, window or door. If it is covered now uncover it.

Blankets: We give you a blanket to use on your bed, it is not a rag.

Towels: We give you a towel for drying yourself; it is not a door or window curtain.

DNA Act: The government is now collecting DNA on a list of 38 different charges. If you were found guilty of any charge on their list, you will be called to give a mouth swab and fingerprints for a DNA profile. This is no longer just for Rape and Child Molestation charges. These include other assaultive offenses identified in the DNA Act.

ACT 84: The Commonwealth of PA has enacted this act to recoup money from you for court costs, fines, restitution and child support owed. Any money that you make while in jail, or that is sent to you, will be docked for 20% until all departments are paid. For example, if your family sends you $100.00, the state will take $20.00 until all the money owed is paid. You will receive a status sheet in a few weeks showing all money owed.

INMATE ASSAULT ACT: The Commonwealth has enacted this act to make an inmate responsible for his actions. Any inmate that is found guilty of assaulting any staff member (management, officers, nurses or another inmate) will be responsible for all their medical expenses. You may also receive more additional time from the mandatory sentences included in the act. Always remember that even if the officer is not looking, the cameras are, and they are recording.

3

PDQ FORM: We are giving you a form to fill out. It is called a Personal Data Questionnaire. These two pages need filled out this week before you leave the block. Try to fill out as much data as possible. If you are not sure of dates, put down the year. It is important that you fill in as much information as this will be used to classify you. If you can't write in English, bring the form back to us when you are out for medical lines and we will find someone to help you.

VISITOR/TELEPHONE FORMS: No visits are permitted during your first 10 days here. When you get to your next block, you will receive a phone and visitor list. This information must be necessary and submit your lists. This information must be approved and then returned to you before you can use the phone or get visits. Phone calls and visits are a privilege and are not required by law. If you do not complete the requirements or you abuse the privileges you lose them! Items you need to list are the proper spelling of the person's name, address and zip code as it appears on their driver's license, and their birth date. You may have a maximum of 20 people on your lists. You should use this week to write your lists and ask them to gather all this data on all the people you would like to have on your lists.

The phone list will come back to you with a number on the top corner. This is your PIN number needed to use the phones. The state uses a computer system to run the phones. When you get your visiting list back, you will also get an approval form for anyone under the age of 18 on your list. You must send the form to the guardian of the juvenile to be approved. The guardian must sign and return the form to you and you must turn it in before a juvenile will be allowed to visit you. When you get your visiting list back, you may start getting visits.

When in the visiting room you will be expected to act proper and follow the rules. You are in a family visiting area. Inappropriate behavior will not be tolerated. You are being monitored by an officer and recorded by cameras. If you break the rules, or act inappropriately, you may lose contact visits, or all visiting privileges.

REQUEST SLIPS: Whenever you need to communicate with staff in the institution, you need to fill out a request slip. You can get these from staff or tier runners. You need to fill out all the information needed and your question or request. The person who will be passing by will give you a response, or call you to their office. If you do not fill out the paper, you will not have a written record of your request.

BOOT CAMP: You were sentenced to state time and if that sentence tells into the guidelines for boot camp you may be eligible. You need to meet the requirements. This includes passing a physical and EKG, under the age of 35, free of detainers and a minimum sentence not to exceed 3 years but only have 2 years left to their minimum to participate. All these requirements must be met, and other factors are taken into consideration. YOU WILL BE NOTIFIED IF YOU MEET THE REQUIREMENTS FOR ELIGIBILITY.

AIDS TEST: You have the option to request a free Contagious Disease/Aids test when you get to your parent institution. You need to write a request slip to the medical department and ask for a HIV/Aids test. You will be called to the medical department to give a tube of blood and you will be given a number. In another week you will be called to the medical department and a nurse will ask you for the number and give you the test results for that number and go over them with you. If you have a contagious disease she will give you the necessary medicines and counsel you on how to live the best life you can. If you don't request the test you will never know if you are contagious. While you are in the state penal system, you will have a cell mate. You do not know if your cellmate is contagious and he should think the same of you. You should do a few simple things to prevent the contraction of anything. You should never share a razor or toothbrush, spoon, cigarette or cup with your cellmate.

4